

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. PD-0184-22

### EX PARTE CHESTER SINCLAIR, Appellant

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE THIRTEENTH COURT OF APPEALS
### BEXAR COUNTY

*Per curiam.*

### O R D E R

The Court grants the State's petition for discretionary review and also grants the following ground on its own motion: In a proceeding under Article 11.072 of the Code of Criminal Procedure, does a trial court have jurisdiction to rule on a motion to reconsider after the trial court has entered an appealable order denying or granting, in whole or part, an application under the statute?

The Clerk of this Court will send copies of this order to the Court of Appeals for the Thirteenth District, the State Prosecuting Attorney, the Bexar County District Attorney, and Appellant.

Filed: September 7, 2022

Do not publish